UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-CIV-80844 ZLOCH/Rosenbaum

SHARRON TASHA FORD,

      Plaintiff,

v.

CITY OF BOYNTON BEACH, a
Florida municipal corporation, and
ROBERT KELLMAN, RICKY LAUTURE,
and RUSSELL FAINE, in their individual
capacities,

      Defendants.

_____/

**PLAINTIFF AND DEFENDANTS JOINT MOTION TO DISMISS FEDERAL CLAIMS
AND REMAND REMAINING CLAIMS TO STATE COURT**

    The Plaintiff, SHARRON TASHA FORD and the Defendants, CITY OF BOYNTON

BEACH, ROBERT KELLMAN, RICKY LAUTURE and RUSSELL FAINE, by and through their

undersigned attorneys request that the Court enter a Final Order of Dismissal with respect to the

federal claims asserted against Defendants, ROBERT KELLMAN, RICKY LAUTURE and

RUSSELL FAINE in Count III and the federal claim asserted against the Defendant, CITY OF

BOYNTON BEACH in Count IV.  The parties further request that the Court remand the remaining

state law claims to the Circuit Court of the 15th Judicial Circuit In and For Palm Beach County,

Florida.  A proposed Final Order dismissing the federal claims and remanding the state law claims

to state court is attached for the Court's consideration.

Dated this 28th day of April, 2011

/s Randall C. Marshall                          /s Michael T. Burke
Randall C. Marshall, Esq                        Michael T. Burke, Esq.
Legal Director                                  JOHNSON, ANSELMO, MURDOCH
AMERICAN CIVIL LIBERTIES UNION                  BURKE, PIPER & HOCHMAN, P.A.
FOUNDATION OF FLORIDA, INC.                     Attorneys for Defendants
4500 Biscayne Blvd., Ste. 340                   2455 East Sunrise Boulevard, Suite 1000
Miami, FL 33137                                 Fort Lauderdale, Florida 33304
Florida Bar No: 181765                          Florida Bar Number: 338771
Telephone: (786) 363-2700                       Telephone:    (954) 463-0100
Facsimile:  (786) 363-1108                      Facsimile:    (954) 463-2444

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 28th day of  April, 2011, I electronically filed the

foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing

document is being served this day on all counsel of record identified on the attached Service List

via transmission of Notice of Electronic Filing generated by CM/ECF

JOHNSON, ANSELMO, MURDOCH,
BURKE, PIPER & HOCHMAN, P.A.
Attorneys for Defendants
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Telephone: (954) 463-0100
Facsimile:   (954) 463-2444


  /s/ Michael T. Burke
MICHAEL T. BURKE
Florida Bar Number: 338771

#30-233 MTB/lf

**SERVICE LIST**
**Sharron Ford v. City of Boynton Beach, et al**
**Case No. 10-CIV-80844 ZLOCH/Rosenbaum**
**United States District Court, Southern District of Florida**


Randall C. Marshall, Esquire
rmarshall@aclufl.org
Legal Director
ACLU Foundation of Florida, Inc.
4500 Biscayne Blvd., Ste. 340
Miami, Florida 33137
*Attorneys for Plaintiff*
Telephone: 786-363-2700
Fax:        786-363-1108


James K. Green, Esquire
Jameskgren@bellsouth.net
James K. Green, P.A.
Suite 1650 Esperante
222 Lakeview Ave.
West palm Beach, FL 33401
*Attorneys for Plaintiff*
Telephone:  561-659-2029
Fax:           561-655-1357


Michael T. Burke, Esquire
burke@jambg.com
Johnson, Anselmo, Murdoch, Burke, Piper & Hochman, P.A.
2455 East Sunrise Boulevard, Suite 1000
Fort Lauderdale, Florida 33304
Attorney for Defendants
Telephone:    (954) 463-0100
Fax:            (954) 463-2444