UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80844-CIV-ZLOCH

SHARRON TASHA FORD,

        Plaintiff,

vs.                             **FINAL ORDER OF REMAND**

CITY OF BOYNTON BEACH,
ROBERT KELLMAN, RICKY LAUTURE,
and RUSSELL FAINE in their
individual capacities,

        Defendants.
_____/

     THIS MATTER is before the Court upon Plaintiff And Defendants Joint Motion To Dismiss Federal Claims And Remand Remaining Claims To State Court (DE 20). The Court has carefully reviewed said Motion, the entire court file and is otherwise fully advised in the premises.

     By prior Order (DE 15), the Court dismissed the federal claims against Defendants Kellman and Faine in Count III of the Complaint (DE 1). In the same Order, the Court also dismissed one of the two federal claims against Defendant Lauture in Count III of the Complaint (DE 1).

     By the instant Motion (DE 20), the Parties request that the Court dismiss the remaining federal claim against Defendant Lauture in Count III, as well as the federal claim against Defendant City of Boynton Beach in Count IV. The Parties also request the Court remand the remaining state law claims to state court.

     Accordingly, after due consideration, it is

     **ORDERED AND ADJUDGED** as follows:

     1. Plaintiff And Defendants Joint Motion To Dismiss Federal Claims And Remand Remaining Claims To State Court (DE 20) be and

the same is hereby **GRANTED**;

    2. Count III of Plaintiff Sharron Tasha Ford's Complaint be and the same is hereby **DISMISSED** as to Defendant Ricky Lauture;

    3. Count IV of Plaintiff Sharron Tasha Ford's Complaint be and the same is hereby **DISMISSED** as to Defendant City of Boynton Beach;

    4. Pursuant to 28 U.S.C. § 1447(c), the state law claims in Counts I and II of Plaintiff Sharron Tasha Ford's Complaint be and the same are hereby **REMANDED** to the state forum for further proceedings in that this Court lacks subject matter jurisdiction over the same;

    5. The Clerk of the Court be and the same is hereby **DIRECTED** to forward a certified copy of this Final Order Of Remand to the Clerk of the Circuit Court of the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida, Case No. 50-2010CA016550xxxx MB; and

    6. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this _24th_ day of May, 2011.

                                              WILLIAM J. ZLOCH
                                              United States District Judge

Copies Furnished:

All Counsel of Record

Clerk, Circuit Court
Palm Beach County
Case No. 50-2010CA016550xxxx MB
(certified copy)